IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENNIS AND SICNORA MOORE, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO: 12-0185-WS-B |
| | ) | |
| v. | ) | |
| | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF SERVICE OF DISCOVERY

COMES NOW Defendant, Ocwen Loan Servicing, LLC ("Ocwen" or "Defendant") and files this Notice of Service of the following discovery in this case:

1) Defendant's First Deposition Notice to Plaintiffs Dennis Moore and Sicnora Moore.

Respectfully submitted this 13th day of September, 2012.

                Respectfully Submitted,

                s/ Natalie R. Bolling
                D. KEITH ANDRESS
                NATALIE R. BOLLING
                A. CHRISTINE GREEN
                Attorneys for Defendant

OF COUNSEL:
BAKER, DONELSON, BEARMAN, CALDWELL
 & BERKOWITZ, P.C.
420 North 20th Street, Ste 1400
Birmingham, AL 35203-5202
(205) 328-0480
(205) 488-3846 fax

1

## CERTIFICATE OF SERVICE

Attorneys for Defendant hereby certify that, on September 13, 2012, a true and correct copy of the foregoing Discovery was mailed via United States Mail, first class postage prepaid, and/or electronically filed with notification to the following:

Earl P. Underwood, Esq.
Kenneth J. Riemer, Esq.
UNDERWOOD & REIMER
21 South Section street
Fairhope, Alabama 36532

s/ Natalie R. Bolling
OF COUNSEL